UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE  Gabriel Marcos Armijo and                     CASE NO. 13-16-12248 JS
       Renee Lily Armijo,

        DEBTORS.

## AMENDMENT TO CHAPTER 13 PLAN

Gabriel Marcos Armijo and Renee Lily Armijo, Debtors herein, file this Amendment to Chapter 13 Plan, and for cause would show unto the Court the following:

1. On September 7, 2016, debtors filed for relief pursuant to Chapter 13 of the U.S. Bankruptcy Code. On October 3, 2016, debtors filed their Chapter 13 Plan.

2. It is necessary to amend the Chapter 13 Plan as follows:

    a. Section 1.1 of the Plan is modified to provide that plan payments shall be: (i) $1,100.00 per month for one (1) months beginning October 7, 2016; and (ii) $790.00 per month for fifty-five (55) months beginning November 7, 2016.

    c. Section 7.2 of the Plan is modified to provide that to satisfy the disposable income or projected disposable income test, holders of administrative expenses (including but not limited to debtor's attorney's fees and trustee fees), allowed priority claims, and allowed non-priority unsecured claims must receive a minimum of $0.00, plus income tax refunds if required under the plan or in the order confirming the plan.

    d. Except as modified herein, the terms of the Plan shall remain the same.

WHEREFORE, Gabriel Marcos Armijo and Renee Lily Armijo, Debtors herein, hereby submit their proposed amendment to the Chapter 13 Plan

                                        Respectfully submitted,

                                        LAW OFFICE OF GERALD R. VELARDE

<pre>
                              S/ filed electronically 11/28/16
                              Gerald R. Velarde
                              2531 Wyoming Blvd NE
                              Albuquerque, NM 87112
                              (505) 248-1828
                              ATTORNEYS FOR DEBTORS
</pre>